UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Percy Lavae Bacon,

    Plaintiff

v.

James Cox, et al.,

    Defendants

Case No.: 2:18-cv-00319-JAD-NJK

**Order**

[ECF Nos. 65, 67]

    Pro se prisoner-plaintiff Percy Lavae Bacon brings this civil-rights action for events he claims occurred at Nevada's Southern Desert Correctional Center. Local Rule IA 3-1 requires litigants to update their address with the court any time they move, and it warns that the failure to do so may cause a case to be dismissed. After Bacon's mail began to be returned, the Magistrate Judge ordered him to update his address by May 21, 2019, or have this case dismissed.[1] That deadline passed without any address update, so the magistrate judge recommended that I dismiss this case without prejudice for failure to comply with the court's rules and orders.[2] Bacon objects to that recommendation, explaining that he sent a letter to the court advising that he had been paroled and had a new address.[3] He asks that he be permitted to proceed with this litigation. Defendants did not respond to that objection.

---

[1] ECF No. 60.

[2] ECF No. 65.

[3] ECF No. 67.

The court did not receive that letter, and Local Rule IA 7-2 tells litigants that they "must not send case-related correspondence, such as letters . . . to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties." Nevertheless, the court takes Bacon at his word and will not dismiss this case at this time. However, Bacon is cautioned that he must advise this court immediately—via a filed notice of new address—any time he moves.

Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation **[ECF No. 65] is REJECTED.** This case may proceed.

IT IS FURTHER ORDERED that the Clerk of Court is directed to **UPDATE** Percy Lavae Bacon's **address to: 1327 H St., Apt. 231, Las Vegas, NV 89106, and SEND** Bacon a copy of the documents filed at **ECF No. 62** (Motion for Summary Judgment) and **63** (Klingele/Rand notice) to that address.

IT IS FURTHER ORDERED that **Bacon has until August 5, 2019, to file a response to Defendants' Motion for Summary Judgment [ECF No. 62]**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 9, 2019